```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0082--CR (RRB)
                              "USA V WHITNEY DANNENBRING"
                              DEF 1.1 DANNENBRING, WHITNEY

           In public format, including terminated defendants, excluding terminated counsel


   Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 03/26/03
            Closed: 09/05/03
No. of Defendants: 1
    MJ Case Number:
               AKA:
   Location status: Released on Bond
        Trial date:
        Terminated: YES
 Needs interpreter: NO
  Counsel of record: Mary C. Geddes
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3408
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Richard L. Pomeroy
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Other


Counts re: DEF 1.1 DANNENBRING, WHITNEY
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 INF | 1 | 18:2113(b) BANK LARCENY (F) | Sentenced (18-1) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A03-0082--CR (RRB)
                             "USA V WHITNEY DANNENBRING"

                         In public format, for all filing dates
```

```
  Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
            Filed: 03/26/03
           Closed: 09/05/03
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 03/26/03 | [Re: DEF 1] PLF 1 Information. |
| 2 - 1 | 03/26/03 | [Re: DEF 1] AHB Minute Order that arr is set 2:00 p.m. 5/2/03.  cc: USA, USM, PO, Def (by USM) |
| NOTE - 1 | 03/27/03 | Issued: Summons. |
| NOTE - 2 | 03/28/03 | Issued: Proposed Trial Date Setting for arr to RRB CMC. |
| 3 - 1 | 04/03/03 | USM Return of svc on summons re: DEF 1 on 4/2/03. |
| 4 - 1 | 05/02/03 | [Re: DEF 1] PLF 1 Information (amended). |
| 5 - 1 | 05/06/03 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| 6 - 1 | 05/06/03 | [Re: DEF 1] Financial Affidavit. |
| 7 - 1 | 05/06/03 | [Re: DEF 1] Appearance bond; bond set at $5,600 unsecured. |
| 8 - 1 | 05/06/03 | [Re: DEF 1] Order setting conditions of release.  cc: USA, FPD, USM, PO |
| 9 - 1 | 05/07/03 | [Re: DEF 1] AHB Court Minutes [ECR: Robin Carter] of arr on Felony Info (held 5/2/03); FPD appointed; bond set at $5,600; appearance bond & order setting conditions of release FILED.  cc: USA, FPD, USM, PO, Judge Beistline |
| 10 - 1 | 06/06/03 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 11 - 1 | 06/10/03 | [Re: DEF 1] RRB Minute Order re: Change of plea hearing will be held 6/19/03 at 10:00 a.m. in a courtroom to be determined.  cc: M. Rosenbaum, M. Geddes, USM, USPO, MJ Branson |
| 12 - 1 | 06/18/03 | [Re: DEF 1] RRB Minute Order re: COP set 6/19/03 is rescheduled for 3:45 p.m. in a courtroom to be determined. cc: cnsl, USM, USPO |
| 13 - 1 | 06/23/03 | [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] PCOP held 6/19/03. Waiver of Indictment signed by def and def counsel.  Def changed plea guiltu on ct 1 of the amended Information.  Court accepted plea.  Def referred to P.O. for presentence report.  IOS set for 9/5/03 at 9:00 a.m.  cc: M. Rosenbaum, M. Geddes, USM, USPO |
| 14 - 1 | 06/30/03 | DEF 1 Waiver of indictment. |
| 15 - 1 | 08/13/03 | {SEALED} |
| 16 - 1 | 08/25/03 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 17 - 1 | 09/05/03 | [Re: DEF 1] RRB Court Minutes [ECR: Caroline Edmiston] IOS, HELD 9/5/03, probation 4 years; s/a $100; restitution $5600; mot to waive interest on restit granted |

ACMS: R_RDSDI              As of 03/09/06 at 09:37 AM by PATTY                    Page 1

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CRIMINAL DOCKET ENTRIES FOR CASE A03-0082--CR (RRB)
                  "USA V WHITNEY DANNENBRING"
```

In public format, for all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 18 - 1 | 09/05/03 | [Re: DEF 1] RRB Judgment pleaded guilty to count 1 of the Information (1-1); 4 years probation; s/a $100; restitution $5600. cc: USA, USM, PO, FPD, DEF (BY FPD), MJ Branson, FLU, Finance |
| 19 - 1 | 09/29/03 | [Re: DEF 1] Partial Transcript re: IOS held 9/5/03. |
| NOTE - 3 | 05/26/04 | Issued: writ of execution re; DEF 1 on PFD. |
| 20 - 1 | 05/26/04 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| 21 - 1 | 10/25/04 | USM Return of svc on writ of execution re: DEF 1 on PFD on 10/25/03. Crt in receipt of $913.84 (receipt# 00124286). |
| 22 - 1 | 10/26/04 | [Re: DEF 1] PLF 1 motion to release attached PFD funds in the amount of $913.84. |
| 23 - 1 | 10/28/04 | [Re: DEF 1] RRB Order granting motion to release attached PFD funds in the amount of $913.84 (22-1). cc: AUSA, FPD, FLU |
| 24 - 1 | 06/09/05 | [Re: DEF 1] PLF 1 Application re: Writ of Execution re: DEF 1 on PFD. |
| NOTE - 4 | 06/13/05 | Issued: writ of execution re: DEF 1. |
| 25 - 1 | 11/08/05 | USM Return of svc on writ of execution re: PFD on DEF 1 executed on 6/17/05 in the amt of $839.76. |
| 26 - 1 | 11/21/05 | [Re: DEF 1] PLF 1 motion to release att PFD funds in the amt of $839.76. |
| 27 - 1 | 11/23/05 | [Re: DEF 1] RRB Order granting motion to release att PFD funds in the amt of $839.76 (26-1). cc: USA, Finance |