PROB 12B
(7/93)

# United States District Court
## for the
# District of Alaska

Request for Modification of Conditions or Term of Probation
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Whitney Dannenbring      Case Number: A03-0082-CR (RRB)

Sentencing Judicial Officer:    Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:    September 5, 2003

Original Offense:    Bank Larceny

Original Sentence:    4 years probation

Date Supervision Commenced: September 5, 2003

### PETITIONING THE COURT

[ ]   To extend the term of probation for _____ years, for a total term of _____ years.
[X]   To modify the conditions of probation as follows:

"The defendant shall participate in and fully comply with either or both inpatient or outpatient mental health treatment programs to be approved by the United States Probation Office. At the direction of the probation officer, the defendant may be required to pay for all or a portion of any treatment program."

### CAUSE

The above modification is sought in order to address mental health related issues the defendant has brought to the attention of the probation officer. The defendant has requested this assistance and agreed to a modification of conditions.

Respectfully submitted,

**REDACTED SIGNATURE**

Beth A. Mader
U.S. Probation/Pretrial Services Officer
Date: April 9, 2007

-1-

*Request for Modification of Conditions or Term*
*Name of Offender          :          Whitney Dannenbring*
*Case Number               :          A03-0082-CR (RRB)*

Approved by:

# REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[\|/]  The Modification of Conditions as Noted Above
[ ]  Other:



REDACTED SIGNATURE

Ralph R. Beistline
U.S. District Court Judge

Date: 4/10/07

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF ALASKA

U.S.A. v Whitney Dannenbring          Docket No. A03-0082-CR (RRB)

    I, _Whitney Dannenbring_, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of probation or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of probation or to the proposed extension of my term of supervision:

"The defendant shall participate in and fully comply with either or both inpatient or outpatient mental health treatment programs to be approved by the United States Probation Office. At the direction of the probation officer, the defendant may be required to pay for all or a portion of any treatment program."

Signed: _[signature]_          Date: 4/9/2007
Whitney Dannenbring

REDACTED SIGNATURE          Date: 4/9/2007
Beth A. Mader
U.S. Probation/Pretrial Services Officer