NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney

Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:03-CR-00082 (RRB) |
| | ) | |
| v. | ) | |
| | ) | |
| Whitney Dannenbring, | ) | **PLAINTIFF'S MOTION** |
| | ) | **TO RELEASE ATTACHED** |
| Defendant. | ) | **PFD FUNDS** |
| | ) | |

Plaintiff the United States of America, by and through the United States Attorney for the District of Alaska, hereby moves this Court to release funds currently held in the Court's Registry.

1.  On or about April 25, 2007, a Levy upon a continuing Writ of Execution pursuant to Alaska Statute 43.23.065 was entered in this action attaching defendant's Alaska Permanent Fund dividend payment for 2007.

2.  Alaska Statute 43.23.065(d) frees plaintiff from the service requirement of notifying the debtor of the writ.  The Alaska Department of Revenue automatically notifies the debtor of

attached PFD funds at the time the funds are turned over to the Court.

    3.   Pursuant to execution of the Writ, on or about November 16, 2007, dividend monies from the State of Alaska in the amount of $1,353.02 were deposited into the Registry of this Court.

    4.   Defendant recently satisfied her restitution obligation in full, independently from this garnishment action. The amounts collected her must therefore be refunded to her.

WHEREFORE, plaintiff hereby requests that the attached funds in the amount of $1,353.02 currently held in the Court's Registry be released from the Registry and refunded to the defendant. The Clerk should make the refund check payable to "Whitney Dannenbring," and mail said check to defendant's last known address: 15721 Noble Point Drive, Anchorage, Alaska, 99516.

RESPECTFULLY SUBMITTED this 1st day of February, 2008, at Anchorage, Alaska.

NELSON P. COHEN
UNITED STATES ATTORNEY

s/Richard L. Pomeroy
RICHARD L. POMEROY
ASSISTANT U.S. ATTORNEY
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Release PFD Funds was mailed this 1st day of February, 2008, to the following:

Whitney Dannenbring
15721 Noble Point Drive
Anchorage, AK 99516

                                                  s/Richard L. Pomeroy
                                                  Office of U.S. Attorney