NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No.  3:03-CR-00082 (RRB) |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **PROPOSED ORDER TO RELEASE** |
| Whitney Dannenbring, | ) | **ATTACHED PFD FUNDS** |
| Defendant. | ) | |

　　Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

　　The attached funds, in the amount of $1,353.02, shall be released from the Registry by the Clerk of Court and refunded to the defendant.  The Clerk should make the refund check payable to "Whitney Dannenbring," and mail said check to defendant's last known address: 15721 Noble Point Drive, Anchorage, Alaska, 99516.

　　IT IS SO ORDERED.

DATED:_____       _____
                                    UNITED STATES DISTRICT JUDGE